AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

NAVIGATORS SPECIALITY INSURANCE COMPANY

*Plaintiff(s)*

v.

AVERTEST, LLC AND COLUMBIA CASUALTY COMPANY

*Defendant(s)*

Civil Action No. 1:24-cv-00932

## AMENDED COMPLAINT
## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AVERTEST, LLC
Serve on: Corporation Service Company
100 Shockoe Slip, Fl 2
Richmond, VA 23219-4100

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: NAVIGATORS SPECIALITY INSURANCE COMPANY
c/o Counsel Harman, Claytor, Corrigan and Wellman
Thomas S. Garrett
4951 Lake Brook Drive, Suite 100
Glen Allen, VA 23060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/02/2024

*Signature of Clerk or Deputy Clerk*

2024.07.02
10:59:49 -04'00'

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:24cv932

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

CERTIFICATE
OF
CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at 100 Shockoe Slip, 2nd Floor, Richmond, VA 23219.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

   Beverley L. Crump          Rene Nordquist
   Dustin Kline               Arlin Vieyra
   Sarah White

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 2 day of November 2023.

CORPORATION SERVICE COMPANY

By: _____
    Executive Vice President

STATE OF DELAWARE

COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 2 day of November 2023, by George Massih in his/her capacity as EVP of Corporation Service Company.

Notary Public

My Commission Expires: 5-18-2026

JANET B. WOZNICKI
Notary Public
State of Delaware
My Commission Expires On
May 18, 2026

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Virginia

Case Number: 1:24-CV-00932

Plaintiff:
**Navigators Speciality Insurance Company**

vs.

Defendant:
**Avertest, LLC and Columbia Casualty Company**

Received by Hester Process Service, Inc. to be served on **Avertest, LLC; Corporation Service Company, 100 Shockoe Slip, 2nd Floor, Richmond, VA 23219**.

I, David M. Hester, Sr., being duly sworn, depose and say that on the **11th day of July, 2024** at **11:32 am**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Amended Complaint and Summons in a Civil Action** with the date and hour of service endorsed thereon by me, to: **Rene Nordquist, Designated Employee** at the address of: **100 Shockoe Slip, 2nd Floor, Richmond, VA 23219**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, not a party to the above-named action, nor otherwise interested in the subject matter in controversy.

Subscribed and sworn to before me on the 12th day of July, 2024 by the affiant who is personally known to me.

_____
Notary public

**David M. Hester, Sr.**
Process Server

**Hester Process Service, Inc.**
P.O. Box 37128
N. Chesterfield, VA 23234
**(804) 271-0298**

Our Job Serial Number: HTR-2024007014
Ref: 2033.0000

Commonwealth of Virginia
County of Chesterfield
My Commission Expires 11/30/24



Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

