**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AVERTEST, LLC ET AL., )<br>)<br>Defendants. ) | Case No. 1:24-cv-00932 (LMB/WBP) |

## ORDER

On the Court's own initiative and because it is otherwise proper to do so, it is hereby

ORDERED that the initial pretrial conference is moved from Wednesday, October 16, 2024, to Thursday, October 17, 2024, at 11:30 a.m. and will be held through Microsoft Teams.

So the Court may set up the virtual conference, counsel for the parties must provide email addresses for all attendees to WBP_Chambers@vaed.uscourts.gov before noon on Wednesday, October 16, 2024.

Entered this 15th day of October 2024.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia